# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0772. BRIAN J. ALBERT v. AIMEE ALBERT.**

On November 23, 2015, the trial court entered an order suspending Brian J. Albert's visitation with his minor children and finding him to be in contempt of a child support order. Albert filed a motion for reconsideration from this ruling. The trial court denied the motion for reconsideration on May 22, 2018, and Albert filed a notice of appeal on June 15, 2018. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Here, Albert had a right to appeal directly the trial court's November 2015 order, which modified custody. See OCGA § 5-6-34 (a) (11). Instead of filing a notice of appeal from this ruling, Albert filed a motion for reconsideration. However, the denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal. *Bell v. Cohran*, 244 Ga. App.

510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985). Because Albert did not file a timely notice of appeal from the trial court's November 2015 order, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/11/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*